# Exhibit A

**12-Person Jury**

FILED
8/6/2021 11:44 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
14340514

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

FILED DATE: 8/6/2021 11:44 AM  2021L007949

| | |
|---|---|
| HUMBERTO FERNANDEZ | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **No.** 2021L007949 |
| | ) |
| GF MACHINING SOLUTIONS, LLC. | ) |
| a New York Corporation, | ) **Amount Claimed: In Excess of $50,000.00** |
| | ) **DEMAND TO BE HEARD BY A JURY** |
| | ) **OF TWELVE** |
| **Defendant,** | ) |
| | ) |

**COMPLAINT AT LAW**

NOW COMES Plaintiff, HUMBERTO FERNANDEZ, by and through his attorneys, GORDON LAW OFFICES, LTD., for his complaint at law against Defendant, GF MACHINING SOLUTIONS, LLC., a New York Corporation, state as follows;

**NATURE OF THE ACTION**

1. Plaintiff brings this action against his former employer, Defendant GF MACHINING SOLUTIONS, INC., on the basis of national-origin discrimination and age discrimination in violation of the Illinois Human Rights Act, 775 ILCS 5/2, the Age Discrimination in Employment Act, 29 U.S.C. § 631, and Title VII of the Civil Rights Act of 1964, Civil Rights Act of 1964 § 7, 42 U.S.C. § 2000e et seq (1964).

**FACTUAL BACKGROUND**

2. At all relevant times, Plaintiff resided in Maywood, Cook County, Illinois.

3. At all times relevant, Defendant was a New York Corporation that owned, operated, and managed a facility located at 560 Bond Street, Lincolnshire, Illinois.

FILED DATE: 8/6/2021 11:44 AM  2021L007949

4.      At all times relevant, Defendant was responsible for the acts and/or omissions of its employees.

5.      Plaintiff was employed by Defendant from June 9, 2006 until April 8, 2020.

6.      Plaintiff was terminated on April 8, 2020.

7.      During his employment Plaintiff performed his job duties satisfactorily.

8.      Plaintiff's performance was as good as that of his co-workers, and he was never disciplined or reprimanded.

9.      Plaintiff was 60 years old at the time of the discharge.

10.     Plaintiff's primary language during the tenure of his employment was Spanish and he was born in Mexico.

## COUNT I
## Age Discrimination in Violation of Illinois Human Rights Act

11.     Plaintiff realleges and incorporates paragraphs 1-9 of this Complaint, as if fully set forth herein.

12.      Upon information and belief, when Defendant laid off Petitioner, it did not lay off Shipping & Receiving Clerks under the age of 40.

13.     Defendant, by its acts and omissions, discriminated against Mr. Fernandez on the basis of his age in violation of the Human Rights Act.

14.     As a proximate result of the foregoing act and/or omissions, Plaintiff has suffered actual and punitive damages, including, but not limited to, lost wages, incidental damages, pain and suffering in the form of emotional distress, anxiety, embarrassment and humiliation, and attorneys' fees and costs.

WHEREFORE, Plaintiff, HUMBERTO FERNANDEZ, demands judgment against Defendant, GF MACHINING SOLUTIONS, LLC., a New York Corporation, in an amount in

FILED DATE: 8/6/2021 11:44 AM   2021L007949

excess of $50,000.00, plus attorneys' fees and costs and any other damages allowed pursuant to the Illinois Human Rights Act.

**COUNT II**
**National Origin Discrimination in Violation of Illinois Human Rights Act**

15.   Plaintiff realleges and incorporates paragraphs 1-9 of this Complaint, as if fully set forth herein.

16.   Upon information and belief, when Defendant laid off Petitioner, it did not lay off Shipping & Receiving Clerks of other national origins and/or colors.

17.   Defendant, by its acts and omissions, discriminated against Mr. Fernandez on the basis of his national origin and/or color in violation of the Human Rights Act.

18.   As a proximate result of the foregoing acts and/or omissions, Plaintiff has suffered actual and punitive damages, including, but not limited to, lost wages, incidental damages, pain and suffering in the form of emotional distress, anxiety, embarrassment and humiliation, and attorneys' fees and costs.

WHEREFORE, Plaintiff, HUMBERTO FERNANDEZ, demands judgment against Defendant, GF MACHINING SOLUTIONS, LLC., a New York Corporation, in an amount in excess of $50,000.00, plus attorneys' fees and costs and any other damages allowed pursuant to the Illinois Human Rights Act.

**COUNT III**

**Age Discrimination in Violation of the Age Discrimination in Employment Act**

19.   Plaintiff realleges and incorporates paragraphs 1-9 of this Complaint, as if fully set forth herein.

20.   Upon information and belief, when Defendant laid off Petitioner, it did not lay off Shipping & Receiving Clerks under the age of 40.

3

FILED DATE: 8/6/2021 11:44 AM   2021L007949

21.    Defendant, by its acts and omissions, discriminated against Mr. Fernandez on the basis of his age in violation of the Age Discrimination in Employment Act.

22.    As a proximate result of the foregoing act and/or omissions, Plaintiff has suffered actual and punitive damages, including, but not limited to, lost wages, incidental damages, pain and suffering in the form of emotional distress, anxiety, embarrassment and humiliation, and attorneys' fees and costs.

WHEREFORE, Plaintiff, HUMBERTO FERNANDEZ, demands judgment against Defendant, GF MACHINING SOLUTIONS, LLC., a New York Corporation, in an amount in excess of $50,000.00, plus attorneys' fees and costs and any other damages allowed pursuant to the Age Discrimination in Employment Act

## COUNT V
### National Origin Discrimination in Violation of Title VII of the Civil Rights Act of 1964

23.    Plaintiff realleges and incorporates paragraphs 1-9 of this Complaint, as if fully set forth herein.

24.    Upon information and belief, when Defendant laid off Petitioner, it did not lay off Shipping & Receiving Clerks of other national origins and/or colors.

25.    Defendant, by its acts and omissions, discriminated against Mr. Fernandez on the basis of his national origin and/or color in violation of the Human Rights Act.

26.    As a proximate result of the foregoing acts and/or omissions, Plaintiff has suffered actual and punitive damages, including, but not limited to, lost wages, incidental damages, pain and suffering in the form of emotional distress, anxiety, embarrassment and humiliation, and attorneys' fees and costs.

FILED DATE: 8/6/2021 11:44 AM   2021L007949

WHEREFORE, Plaintiff, HUMBERTO FERNANDEZ, demands judgment against Defendant, GF MACHINING SOLUTIONS, LLC, a New York Corporation, in an amount in excess of $50,000.00, plus attorneys' fees and costs and any other damages allowed pursuant to Title VII of the Civil Rights Act of 1964.

Respectfully submitted,
HUMBERTO FERNANDEZ

By: _____
One of His Attorneys

Richard R. Gordon
Tod Rottman
Kevin A. Murphy
Gordon Law Offices, Ltd.
111 West Washington, Suite 1240
Chicago, Illinois 60602
rrg@gordonlawchicago.com
thr@gordonlawchicago.com
kam@gordonlawchicago.com
312-332-5200
Atty #: 57507
*Attorneys for Plaintiff*

5

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

FILED
8/6/2021 11:44 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
14340514

HUMBERTO FERNANDEZ )
)
Plaintiff, )
)
v. ) No. 2021L007949
)
GF MACHINING SOLUTIONS, LLC. )
a New York Corporation, )
)
Defendant, )
)

## AFFIDAVIT

I, Tod Rottman, first being duly sworn on oath, depose and state as follows:

1.  The damages claimed by the Plaintiff exceed the sum of FIFTY THOUSAND DOLLARS ($50,000.00).

FURTHER AFFIANT SAYETH NOT.

_____
Tod Rottman
Attorney for Plaintiff

## VERIFICATION

Under penalties as provided by law pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_____
Tod Rottman